### PEOPLE v. THOMPSON.

(Supreme Court, Appellate Division, Fourth Department.  December 6, 1905.)

Appeal from Special Term.

Charles Thompson was prosecuted for a violation of the liquor tax law.  From a judgment sustaining his demurrer to the indictment, the people appeal.  Reversed.

Argued before McLENNAN, P. J., and SPRING, WILLIAMS, HISCOCK, and NASH, JJ.

PER CURIAM.  Interlocutory judgment reversed, and demurrer overruled, with leave to the defendant to plead to the indictment, on opinion of Nash, J., in People v. Myers (decided at the present term of this court) 95 N. Y. Supp. 993.